# HEARING MINUTES AND ORDER

**Cause Number**:  CR-04-150-8

**Style**:  United States of America v. Maria Reyna Romero-Bolina

**Appearances**:
**Counsel**:                                                      **Representing**:

Hays Jenkins, Jr.                                            Government
Lourdes Rodriguez                                        Defendant

**Date**:  May 5, 2005                                   **ERO**:   YES
**Time**:  12:15 p.m. - 12:45 p.m.                **Interpreter**:  R. delVillar

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Defendant's Motion for Continuance is GRANTED in accordance with the record in open Court.

**Amended scheduling order as follows:**
Governments *voir dire*, jury charge, witness and exhibit list due **May 31, 2005.**
Defendant's *voir dire*, jury charge, witness and exhibit list due **June 6, 2005.**
Jury selection and trial set for **June 6, 2005 at 9:30 a.m.**

In addition, the Court hereby **makes Speedy Trial findings** as follows:

Counsel for Defendant seeks additional time for analysis of the Government's evidence (including discovery and trial transcript of Co-Defendants trial) and for preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that a period of excludable delay commenced on **December 17, 2004** and will continue until trial in this matter. *See* 18 U.S.C. §§ 3161(h)(8)(A) and (B).

**SIGNED** at Houston, Texas this 5th day of May, 2005.

Nancy F. Atlas
United States District Judge